UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>           Plaintiff,<br><br>    v.<br><br>AREF FAKHOURY, et al.,<br><br>           Defendants. | CASE NO. ED CV 13-2359-AB (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion for summary judgment, Plaintiff's motions, the records on file, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections to the Report and Recommendation has expired and no objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

1 | IT IS THEREFORE ORDERED that Defendants' motion for summary judgment is granted, Plaintiff's motions are denied, and the case is dismissed with prejudice.

DATED: July 5, 2019

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE