UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON, | ) CASE NO. ED CV 13-2359-AB (PJW) |
| Plaintiff, | ) J U D G M E N T |
| v. | ) |
| AREF FAKHOURY, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting the Report and Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.


DATED: July 5, 2019

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE